**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 19, 2018

**BY ECF**

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *United States v. Seref Dogan Erbek*,
                15 Cr. 611 (AJN)

Dear Judge Nathan:

      The Government writes to respectfully request that the Court schedule an arraignment and initial appearance for defendant Seref Dogan Erbek. Erbek, who had been arrested in Algeria pursuant to the charges in this case, was extradited to the United States yesterday. The Government anticipates that Erbek will be presented this afternoon before the Hon. Henry B. Pitman, U.S. Magistrate Judge. I have spoken to Erbek's counsel, Ms. Susan Brune, Esq., about the scheduling of an initial appearance; I understand that both parties are available at the Court's convenience any time on November 27, 2018.

                                                      Respectfully submitted,

                                                      GEOFFREY S. BERMAN
                                                      United States Attorney for the
                                                      Southern District of New York

By: _____
       Andrew Thomas
       Assistant United States Attorney
       (212) 637-2106

Cc: Susan Brune, Esq. (by ECF)
      *Counsel to Seref Dogan Erbek*