

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

<div style="text-align:right">
The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007
</div>

November 27, 2018

**BY ECF**

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Seref Dogan Erbek*,
           15 Cr. 611 (AJN)

Dear Judge Nathan:

    The Government respectfully requests that the appearance scheduled for 3:30 p.m. today be re-scheduled for 3:00 p.m. tomorrow, because the defendant was not produced for Court today. We understand that both the Court and defense counsel are available at 3 p.m. tomorrow. We apologize for any inconvenience.

*[handwritten: SO ORDERED]*

<div style="margin-left:50%">
Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By: _____
Brendan F. Quigley
Andrew Thomas
Assistant United States Attorneys
(212) 637-2190/2106
</div>

Cc: Susan Brune, Esq. (by ECF)
    *Counsel to Seref Dogan Erbek*

<div style="margin-left:50%">
11/27/18

SO ORDERED:

_____
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE
</div>