UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEC 1 2 2018

| UNITED STATES |
|---|
| vs. |
| Seref Dogan Erbek |

15 Cr. 00611 (AJN)

Order

To: U.S. Marshals Office

It is hereby ordered :

That the Defendant, Seref Dogan Erbek , Reg # 76237-054

having been sentenced in the above case to a term of Time Served; The U.S. Marshals are to

release the defendant unless any pending warrants, detainers or other issues are encountered.

United States District Judge

12/12/2018
Date